UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| THEODORE HEINEMANN, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>) <br>SOCIAL SECURITY )<br>ADMINISTRATION, ET AL., )<br>)<br>DEFENDANTS )<br>) | CIVIL NO. 1:16-CV-460-DBH |

ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On October 14, 2016, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision After Screening Plaintiff's Complaint Pursuant to 28 U.S.C. § 1915(e). The time within which to file objections expired on October 31, 2016, and no objections have been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Pursuant to 28 U.S.C. § 1915(e)(2), the plaintiff's claims are **DISMISSED**, except for the plaintiff's challenge to the Social Security Administration's decision to collect from plaintiff the overpayment of benefits.

**SO ORDERED.**

DATED THIS 1ST DAY OF NOVEMBER, 2016

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**