## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| THEODORE HEINEMANN, )<br>)<br>**PLAINTIFF** )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, ACTING )<br>COMMISSIONER, SOCIAL SECURITY )<br>ADMINISTRATION, )<br>)<br>**DEFENDANT** ) | **CIVIL NO. 1:16-CV-460-DBH** |

## ORDER ON DEFENDANT'S MOTION TO DISMISS

The defendant's motion to dismiss for failure to exhaust administrative remedies is **GRANTED**.[1]

**SO ORDERED.**

**DATED THIS 27TH DAY OF FEBRUARY, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

---

[1] I waited extra time before ruling to allow the plaintiff an opportunity to respond, given his change of address, and the Commissioner's re-mailing of the motion to him on January 26, 2017. (ECF No. 32).